United States District Court for the Middle
District of Florida

Civil Action, File Number: 2:09-CV-539-FtM-29 SPC

| | |
|---|---|
| Nancy H. Zirkle, | } |
| | } |
|    Plaintiff, | } |
| | } |
| *v.* | } |
| | } |
| INDYMAC FEDERAL BANK, FSB n/k/a ONEWEST BANK, FSB, | } } |
| | } |
|    Defendant. | } |
| _____ | } |

## NOTICE OF JOINT STIPULATION OF DISMISSAL

    Plaintiff, NANCY H. ZIRKLE, and INDYMAC FEDERAL BANK, FSB n/k/a ONE WEST BANK, FSB, by and through their respective and undersigned counsel pursuant to Rule 41(a)(2), Fed.R.Civ.P., files this Joint Notice of Stipulation for Dismissal With Prejudice of the above-styled cause.  All disputes between the parties have been resolved, each party to bear their own attorney's fees and costs.

    WHEREFORE, Plaintiff, NANCY H. ZIRKLE, and INDYMAC FEDERAL BANK, FSB n/k/a ONE WEST BANK, FSB, pray that this court enter its Order dismissing this cause with prejudice, each party to bear their own attorney's fees and costs.

Dated:  April 1, 2010        /s/ David H. Charlip_____
                                      David H. Charlip, Esq.
                                      Florida Bar No. 329932

                                      and

                                      /s/ Robert Jay Nemrow_____
                                      Robert Jay Nemrow, Esq.
                                      Florida Bar No. 607673

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 1st day of April, 2010.

/s/ David H. Charlip_____
David H. Charlip

Charlip Law Group, L.C.
*Attorney for Plaintiff*
Harrison Executive Centre
1930 Harrison Street, Suite 208
Hollywood, Florida 33020
Telephone:   (954) 921-2131
Facsimile:    (954) 921-2191

And,

/s/ Robert Jay Nemrow_____
Robert Jay Nemrow
Florida Bar No. 607673
Kahane & Associates, P.A.
*Attorney for Defendant*
8201 Peters Road, Suite 3000
Plantation, Florida 33324-3292
Telephone:   (954) 382-3486
Facsimile:    (954) 626-3773